UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association,
successor in interest by merger to Comerica Bank, a
Michigan banking corporation,

    Plaintiff,

v.

CATALINA PRECISION PRODUCTS, INC. a
Delaware corporation, and UFE INCORPORATED, a
Minnesota corporation,

    Defendants.
_____/

Case No. 2:10-cv-13089

Hon. George Caram Steeh

Magistrate Judge Mark A. Randon

## ORDER REGARDING RECEIVER

The Court having held a hearing on August 11, 2010,

IT IS ORDERED THAT:

1. The temporary receivership order entered on August 6, 2010 shall continue in full force and effect until further order of the Court.

Dated: August 11, 2010

                              S/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 11, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk