UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking
association, successor in interest by
merger to Comerica Bank,
a Michigan banking corporation,

        Plaintiff,

v.

CATALINA PRECISION PRODUCTS, INC.
a Delaware corporation, and
UFE INCORPORATED,
a Minnesota corporation,

        Defendants.
_____/

Case No. 10-13089

HON. GEORGE CARAM STEEH

## **ORDER ENJOINING INTERFERENCE WITH REAL PROPERTY**

Plaintiff Comerica Bank having filed an emergency motion to amend the Court's August 6, 2010 order appointing receiver, the Court having conducted a telephonic hearing on August 20, 2010, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the Northwestern Mutual Life Insurance Company ("Northwestern") and any other party acting for or on behalf of Northwestern are hereby enjoined from taking any action to interfere with the Court's Receiver, Conway MacKenzie, Inc. and/or the operations of UFE Incorporated operations in El Paso, Texas over which this Court has appointed the Receiver, by way of any lock-out or any action that interferes with

the business operations and/or tenancy of UFE Incorporated.  This Order shall continue in effect until further order of this Court.  This Court shall conduct a telephonic conference on Tuesday, August 24, 2010 at 1:00 p.m.

Comerica shall serve notice of this Order upon Northwestern c/o James McFarland.

SO ORDERED.

Dated:  August 20, 2010

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 20, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk