UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association,
successor in interest by merger to Comerica Bank, a
Michigan banking corporation,

       Plaintiff,

v.

       Case No. 2:10-cv-13089
       Hon. George Caram Steeh
       Mag. Judge Mark A. Randon

CATALINA PRECISION PRODUCTS, INC., a
Delaware corporation, and UFE INCORPORATED,
a Minnesota corporation,

       Defendants.

_____/

**STIPULATED ORDER ESTABLISHING PROCEDURES FOR
INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR RECEIVER, AND RECEIVER'S PROFESSIONALS**

The Court Appointed Receiver, having filed a Motion for Establishment of Procedures for Interim Compensation and Reimbursement of Expenses for Receiver, and Receiver's Professionals, and the Court being otherwise duly advised in the premises, and noting consent by counsel for Comerica Bank, and the Court finding good cause for entry of this Order:

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that except as may be otherwise provided in a separate order authorizing the retention of specific professionals, all Professionals shall seek compensation and reimbursement in accordance with the following procedures:

(a)      On or before the Tuesday following the conclusion of any week, through the preceding Sunday, each Professional, including the Receiver, seeking interim compensation shall prepare a weekly statement of fees and expenses for approval and allowance of fees and

reimbursement of expenses incurred during the immediately preceding week (the "Compensation Period") and serve (by e-mail or facsimile) a copy of such Weekly Statement on:

      (i)      The Receiver;

      (ii)     The Receiver's Professionals;

      (iii)    Counsel for the Plaintiff;

      (iv)    Counsel for the Defendant; (collectively the "Noticed Parties"); and

      (v)     File a copy with this Court

(b)     Each Noticed Party shall have four business days from the date of service (including the date of service) to object thereto (the "Objection Deadline"). Upon expiration of the Objection Deadline, the Professional may file a Certificate of No Objection with the Court, after which the Receiver is authorized to pay said weekly invoice in full. In the event there is any objection given to the requesting Professional on or before the Objection Deadline, the amount of the fees and/or expenses objected to shall be withheld by the Receiver until the matter is resolved using the procedures set forth below.

(c)     Any Noticed Party objecting to a professional's Weekly Fee Statement shall serve on the affected Professional and the Receiver a written objection, and file same with the Court. Thereafter, the objecting party and the affected Professional may attempt to resolve the objection on a consensual basis.

(d)     If the objecting party and the affected Professional reach an agreement regarding the objection to the weekly fee statement, the objecting party and the affected Professional shall submit a statement of the resolution to the Noticed Parties. The resolution statement shall include a statement of agreed upon amounts for fees and expenses to which the affected Professional is entitled.

(e)     If the parties are unable to reach a resolution of the objection within five days after service of the objection, the affected Professional may either:

    (i)     File a response to the Objection with the Court; or

    (ii)    Forego payment of the amount objected to until this matter is brought on for hearing and resolved by this Court.

(f)     The pendency of an objection to payment of compensation and reimbursement of expenses will not disqualify a Professional from the future payment of compensation or reimbursement of expenses.

IT IS FURTHER ORDERED that this Court shall and hereby does retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this order.


Dated:  September 15, 2010                    s/George Caram Steeh
                                              United States District Judge


STIPULATED AND AGREED TO:

BODMAN LLP                                    ERMAN, TEICHER, MILLER, ZUCKER
                                              & FREEDMAN, P.C.

By: */s/ Dennis J. LeVasseur*                 By: */s/ David M. Miller*
    Dennis J. Levasseur (P39778)                  David M. Miller (P36601)
    Thomas P. Bruetsch  (P57473)                  Julie Beth Teicher  (P34300)
    Attorneys for Plaintiff Comerica Bank         Attorneys for Conway, MacKenzie, Inc.
    6th Floor at Ford Field                        Court Appointed Receiver
    1901 St. Antoine Street                       400 Galleria Officentre, Suite 444
    Detroit, Michigan 48226                       Southfield, MI  48034
    (313) 259-7777                                Tel:  248/827-4100
    dlevasseur@bodmanllp.com                      dmiller@ermanteicher.com
    mbenton@bodmanllp.com                         jteicher@ermanteicher.com


Dated:  September 13, 2010