UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association,
successor in interest by merger to Comerica Bank, a
Michigan banking corporation,

       Plaintiff,                             Case No. 2:10-cv-13089
                                              Hon. George Caram Steeh
v.                                                Mag. Judge Mark A. Randon

CATALINA PRECISION PRODUCTS, INC., a
Delaware corporation, and UFE INCORPORATED,
a Minnesota corporation,

       Defendants.
_____/

| BODMAN LLP | ERMAN, TEICHER, MILLER, |
|---|---|
| By:  Dennis J. LeVasseur (P39778) | ZUCKER & FREEDMAN, P.C. |
|       Melissa M. Benton (P73018) | Earle I. Erman (P24296) |
|       Thomas P. Bruetsch (P57473) | Julie Beth Teicher (P34300) |
| Attorneys for Comerica Bank | David H. Freedman (P40567) |
| 6th Floor at Ford Field | David M. Miller  (P36601) |
| 1901 St. Antoine St. | David M. Eisenberg (P68678) |
| Detroit, MI 48226 | Counsel for Court-Appointed Receiver |
| (313) 259-7777 | 400 Galleria Officentre, Suite 444 |
| dlevasseur@bodmanllp.com | Southfield, MI 48034 |
| mbenton@bodmanllp.com | (248) 827-4100 |
| tbruetsch@bodmallp.com | eerman@ermanteicher.com |
| | jteicher@ermanteicher.com |
| | dfreedman@ermanteicher.com |
| | dmiller@ermanteicher.com |
| | deisenberg@ermanteicher.com |

_____/

**SCHEDULING ORDER ON THE RECEIVER'S MOTION FOR APPROVAL OF FINAL
REPORT AND ACCOUNTING, TERMINATING THE RECEIVERSHIP,
<u>DISCHARGING THE RECEIVER AND CANCELLING THE RECEIVER'S BOND</u>**

      Upon the request of the Receiver, the following schedule will apply to Receiver's Motion

for Approval of Final Report and Accounting, Terminating the Receivership, Discharging the

Receiver and Cancelling the Receiver's Bond (the "Motion"), to be filed by December 15, 2011:

Hearing on the Motion will be held on **January 26, 2012 at 2:00 PM**; and

Objections to the Motion must be filed by **January 10, 2012**; and

Any Reply to Objections to the Motion must be filed by: **January 20, 2012.**


                                              s/George Caram Steeh
                                              United States District Judge

Dated:  December 1, 2011