UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association,
successor in interest by merger to Comerica Bank, a
Michigan banking corporation,

        Plaintiff,

v.

CATALINA PRECISION PRODUCTS, INC., a
Delaware corporation, and UFE INCORPORATED,
a Minnesota corporation,

        Defendants.
_____/

Case No. 2:10-cv-13089
Hon. George Caram Steeh
Mag. Judge Mark A. Randon

**NOTICE OF SUBMISSION OF WEEKLY FEES FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR WEEK ENDING DECEMBER 18, 2011, PURSUANT TO STIPULATED ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RECEIVER AND RECEIVER'S PROFESSIONALS [DOCKET NO. 25], DATED SEPTEMBER 15, 2010**

TO:

Receiver:
Conway MacKenzie, Inc.
c/o Steve Wybo
401 S. Old Woodward Ave.
Ste. 340
Birmingham, MI 48009
swybo@conwaymackenzie.com

Receiver, Counsel:
Erman, Teicher, Miller, Zucker &
Freedman, P.C.
c/o Earle I. Erman, Esq.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
eerman@ermanteicher.com

Receiver, Other Professional:
Stout Risius Ross Advisors, LLC
c/o Michael Benson
4000 Town Center, 20th Floor
Southfield, MI 48075
mbenson@srr.com

Receiver, Other Professional:
Cacheaux, Cavazos & Newton
c/o Dan Cavazos
1401 N. Main St.
Allen, TX 78501
dcavazos@ccn-law.com

| | |
|---|---|
| Counsel for Plaintiff, Comerica Bank:<br>Bodman LLP<br>c/o Ralph E. McDowell<br>1901 Saint Antoine St Fl 6<br>Ford Field<br>Detroit, MI 48226<br>rmcdowell@bodmanllp.com | Counsel for Defendants, Catalina Precision Products, Inc. and UFE Incorporated:<br>Howard & Howard, PLLC<br>Andrew M. Zack (P27427)<br>450 W. Fourth St.<br>Royal Oak, MI 48067<br>(248) 645-1483<br>azack@howardandhoward.com |

1. Pursuant to this Court's Stipulated Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Receiver, and Receiver's Professionals, Docket No. 25, Dated September 15, 2010, the following submit their statements for fees and expenses for the periods listed as follows:

   A. Receiver, Conway MacKenzie, Inc.:

   | | |
   |---|---|
   | Total Fees for Period December 12, 2011 through December 18, 2011: | $ 1,875.00 |
   | Total Expenses for Period December 12, 2011 through December 18, 2011: | $   -0-   |
   | Total Fees and Expenses for Period December 12, 2011 Through December 18, 2011: | $ 1,875.00 |

   See Weekly Statements Attached as Exhibit A

   B. Counsel for the Receiver, Erman, Teicher, Miller, Zucker & Freedman, P.C.:

   | | |
   |---|---|
   | Total Fees for Period December 12, 2011 through December 18, 2011: | $ 1,489.00 |
   | Total Expenses for Period December 12, 2011 through December 18, 2011: | $ 3,265.96 |
   | Total Fees and Expenses for Period December 12, 2011 Through December 18, 2011: | $ 4,754.96 |

   See Weekly Statements Attached as Exhibit B

2.     Pursuant to the Court's Stipulated Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Receiver and Receiver's Professionals, any party wishing to file an objection shall have four business days from the date of this Notice xfc(including date of service) to review the fees and expenses requested, and prepare and file any objection to the requested fees and expenses. Any objection must be electronically filed with the Court's electronic case filing system, and electronically served upon the affected professional at the address listed above, on or before the expiration of the four day notice period.

                ERMAN, TEICHER, MILLER,
                ZUCKER & FREEDMAN, P.C.

By: /s/ David M. Miller
    David M. Miller (P36601)
    Earle I. Erman (P24296)
    Julie Beth Teicher (P34300)
    Attorneys for Conway MacKenzie, Inc.
     Court Appointed Receiver
    400 Galleria Officentre, Suite 444
    Southfield, MI 48034
    Tel: 248/827-4100
    dmiller@ermanteicher.com
    eerman@ermanteicher.com

Dated: December 21, 2011

F:\OTHERINS\Catalina Precision Products\Notice of Submission of Weekly Fees for Receiver and Receiver's Professionals for Week Ending December 18, 2011 - 12-22-2011.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association,
successor in interest by merger to Comerica Bank, a
Michigan banking corporation,

        Plaintiff,                              Case No. 2:10-cv-13089
                                                            Hon. George Caram Steeh
v.                                                             Mag. Judge Mark A. Randon

CATALINA PRECISION PRODUCTS, INC., a
Delaware corporation, and UFE INCORPORATED,
a Minnesota corporation,

        Defendants.
_____/

**CERTIFICATE OF SERVICE**

The undersigned states that on December 21, 2011, the Notice of Submission of Weekly Fees for Receiver and Receiver's Professionals for Week Ending December 18, 2011, pursuant to Stipulated Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Receiver, and Receiver's Professionals [Docket No. 25], Dated September 15, 2010, with attachments, was filed with the Clerk of the Court using the ECF system, which will send notification of such filing to ECF participants in this matter. I further certify that I have transmitted a copy of the aforementioned documents to the following via E-Mail:

Receiver:
Conway MacKenzie, Inc., c/o Steve Wybo
401 S. Old Woodward Ave.
Ste. 340
Birmingham, MI 48009
swybo@conwaymackenzie.com

Receiver, Other Professional:
Stout Risius Ross Advisors, LLC
c/o Michael Benson
4000 Town Center, 20th Floor
Southfield, MI 48075
mbenson@srr.com

Receiver, Counsel:
Erman, Teicher, M+iller, Zucker & Freedman, P.C.
c/o Earle I. Erman, Esq.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
eerman@ermanteicher.com

Receiver, Other Professional:
Cacheaux, Cavazos & Newton
c/o Dan Cavazos
1401 N. Main St.
Allen, TX 78501
dcavazos@ccn-law.com

Counsel for Plaintiff, Comerica Bank:
Bodman LLP
c/o Ralph E. McDowell
1901 Saint Antoine St Fl 6
Ford Field
Detroit, MI 48226
rmcdowell@bodmanllp.com

Counsel for Defendants, Catalina Precision Products, Inc. and UFE Incorporated:
Howard & Howard, PLLC
Andrew M. Zack (P27427)
450 W. Fourth St.
Royal Oak, MI 48067
(248) 645-1483
azack@howardandhoward.com

/s/ David M. Miller
David M. Miller (P36601)
Earle I. Erman (P24296)
Julie Beth Teicher (P34300)
Attorneys for Conway MacKenzie, Inc.
 Court Appointed Receiver
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Tel: 248/827-4100
dmiller@ermanteicher.com
eerman@ermanteicher.com
jteicher@ermanteicher.com

Dated:   December 21, 2011

2

# EXHIBIT A



401 South Old Woodward Avenue, Suite 340
Birmingham, Michigan 48009
248.433.3100 | 248.433.3143 Fax
www.ConwayMacKenzie.com

December 20, 2011

**<u>Private and Confidential</u>**

Ralph McDowell, Esq.
Bodman LLP
1901 St. Antoine Street
Detroit, MI 48226

*Re:*   *Professional Services of Conway MacKenzie, Inc. regarding Catalina Precision Products*

For professional services rendered from December 12, 2011 through December 18, 2011 as indicated below and as follows:

| | | |
|---|---|---:|
| G. Kushiner | 5.00 hours @ $375.00 per hour | $1,875.00 |
| | Subtotal. | **$1,875.00** |
| | Amount Billed This Period | **$1,875.00** |
| | **Total Amount Due.** | **$1,875.00** |

**PAYABLE UPON RECEIPT**

Invoice#   19979                                                                                                   Page  1

| Catalina Precision Products, Inc. | | | | | |
|---|---|---|---|---|---|
| Detail of Services Provided By Conway MacKenzie ("CM") | | | | | |
| December 12, 2011 through December 18, 2011 | | | | | |
| | | | | | |
| Date | Acct | Rate | Time | Ext. | Professional Services Rendered |
| 12/12/2011 | GMK | 375.00 | 0.75 | 281.25 | Preparation of quarterly tax forms. |
| 12/12/2011 | GMK | 375.00 | 0.75 | 281.25 | Various communications with customers regarding outstanding receivables. |
| 12/13/2011 | GMK | 375.00 | 0.50 | 187.50 | Communications with Bank and legal counsel regarding Aradco/Aramco tax return. |
| 12/13/2011 | GMK | 375.00 | 2.75 | 1031.25 | Preparation of Receiver Report and communications with CM and legal counsel regarding same. |
| 12/15/2011 | GMK | 375.00 | 0.25 | 93.75 | Communications with Bank and receivership estate regarding employee issues. |
| | | | | $1,875.00 | |

# EXHIBIT B

STATEMENT

LAW OFFICES
## ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN
A PROFESSIONAL CORPORATION

December 21, 2011

Catalina Precision Products, Inc.
Steve Wybo
Conway MacKenzie, Receiver
401 S. Old Woodward, Ste. 340
Birmingham MI  48009

Our identifying code for this case   CATP-1
Invoice number   37968

Name of matter:   Conway MacKenzie Receiver

| | |
|---|---|
| Total for professional services 12/18/11 | $1,489.00 |
| Total advanced costs 12/18/11 | $3,265.96 |
| Total current fees and costs 12/18/11 | $4,754.96 |

Federal I.D. #38-1468534

STATEMENT

LAW OFFICES
# ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN
A PROFESSIONAL CORPORATION

December 21, 2011

Catalina Precision Products, Inc.

Our identifying code for this case   CATP-1
Invoice number   37968

Name of matter:   Conway MacKenzie Receiver

| Date | Atty | Services rendered | Hours |
|---|---|---|---|
| 12/12/11 | DHF | Review proposed 3rd quarter 941 prepared by G. Kushiner for UFE; telephone conference with G. Kushiner regarding same | 0.2 |
|  | DHF | Review matters regarding Canadian tax refund; telephone conference with G. Kushiner regarding same | 0.2 |
| 12/13/11 | DHF | Telephone conference with R. McDowell regarding motion, order and exhibits; review changes proposed by Comerica and incorporate same into documents; continue working toward filing of documents with court | 0.8 |
|  | DHF | Telephone conference with G. Kushiner (multiple) Regarding receipts and disbursements; e-mail G. Kushiner regarding same | 0.3 |
|  | DHF | Various e-mails with R. McDowell regarding motion | 0.2 |
|  | DMM | NO CHARGE:  Review Receiver's invoice | 0.2 |
| 12/14/11 | DHF | Telephone conference with G. Kushiner regarding receipt and disbursements; review revised exhibit B; work on finalizing and filing motion, brief, order and scheduling order; communications with R. McDowell | 1.6 |
|  | DMM | NO CHARGE:  Draft Certificate of No Response and forward with correspondence | 0.2 |
| 12/15/11 | DHF | Finalize and coordinate filing of motion and service of related pleadings | 0.4 |

400 GALLERIA OFFICENTRE, SUITE 444    SOUTHFIELD, MICHIGAN 48034-2162    TELEPHONE (248) 827-4100

STATEMENT
LAW OFFICES
ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN
A PROFESSIONAL CORPORATION

December 21, 2011

Catalina Precision Products, Inc.

    Our identifying code for this case   CATP-1
                   Invoice number   37968

Name of matter:  Conway MacKenzie Receiver

| Atty | Services rendered | Hours |
|------|-------------------|-------|
| EIE  | Review e-mail from ECF regarding filing of final report | 0.1 |
|      |                   | 4.2   |

            Total for professional services 12/18/11   $1,489.00

| Summary | Hours | Rate | Amount |
|---------|-------|------|--------|
| Earle I. Erman, Attorney | 0.10 | 460.00 | 46.00 |
| David H. Freedman, Attorney | 3.70 | 390.00 | 1,443.00 |
| David M. Miller, Attorney | 0.40 | 0.00 | 0.00 |

| Costs advanced | | Amount |
|---|---|---|
| 12/15/11 | Photocopying charges at $.20 each for 12180 copies of motion terminating receivership | 2,436.00 |
| 12/15/11 | Postage for above | 829.96 |

            Total advanced costs 12/18/11   $3,265.96