UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association,
successor in interest by merger to Comerica Bank, a
Michigan banking corporation,

       Plaintiff,

v.

CATALINA PRECISION PRODUCTS, INC. a
Delaware corporation, and UFE INCORPORATED, a
Minnesota corporation,

       Defendants.
_____/

Case No. 10-13089
Hon. George Caram Steeh

BODMAN PLC
By:   Dennis J. Levasseur (P39778)
       Carl T. Rashid (P66064)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
dlevasseur@bodmanllp.com
crashid@bodmanlaw.com
Attorneys for Plaintiff Comerica Bank
_____/

## JUDGMENT IN FAVOR OF COMERICA BANK

Detroit_1147058_2

Comerica Bank having filed a motion for entry of Judgment, and this Court having held a hearing on Comerica Bank's motion on January 26, 2012, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that Comerica Bank's motion is GRANTED.

IT IS FURTHER ORDERED that Judgment is entered against Catalina Precision Products, Inc and UFE Incorporated in favor of Comerica Bank in the amount of four million two hundred and forty eight thousand seventy six dollars and seventy five cents, $4,248,076.75.

THIS IS A FINAL ORDER.

Dated: 1-26-12

Hon. George Caram Steeh
United Stated District Court Judge